UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shirron Gayles-Zanders,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. Ruebart, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00830-GMN-EJY<br><br>**ORDER** |

　　　　Plaintiff submitted a Civil Rights Complaint on May 12, 2025. ECF No. 1-1. Plaintiff did not pay the $405 filing fee or file an application to proceed *in forma pauperis*, one of which is required to commence a civil action. Plaintiff did file a Motion to Defer Cost of Complaint and Administration Fees noting that she had submitted a brass slip to the Nevada Department of Corrections to pay the $405 filing fee. ECF No. 1-2. Plaintiff seeks an extension of time to pay the filing fee. *Id*.

　　　　The Court advises Plaintiff that if she decides to proceed *in forma pauperis*, that is, without **prepaying** the filing fee, she must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Alternatively, as Plaintiff has indicated, she may proceed by paying the $405 filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that the Motion to Defer Cost of Complaint and Administration Fees (ECF No. 1-2) is GRANTED.

　　　　IT IS FURTHER ORDERED that no later than **June 30, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete Application to Proceed *in Forma Pauperis* for Inmate on the Court's approved form; (2) a Financial Certificate properly signed

1  by both the inmate and a prison or jail official; and (3) a copy of the inmate's prison or jail trust fund
2  account statement for the previous six-month period.
3       IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff (1) the
4  application to proceed *in forma pauperis* for inmates, and (2) instructions for completing this form.
5       IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete
6  application to proceed *in forma pauperis* on or before **June 30, 2025**, will result in a recommendation
7  to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file her
8  case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a
9  complete application to proceed *in forma pauperis* or pay the required filing fee.
10      Dated this 22nd day of May, 2025.

                                                    _____
                                                   ELAYNA J. YOUCHAH
                                                   UNITED STATES MAGISTRATE JUDGE