UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHIRRON GAYLES-ZANDERS,

Plaintiff

v.

W. RUEBART, et al.,

Defendants

Case No. 2:25-cv-00830-GMN-EJY

ORDER DIRECTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT

**I.      DISCUSSION**

Plaintiff Shirron Gayles-Zanders, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1), a Motion to Defer Costs of Complaint and Administration Fees (ECF No. 1-2), a Motion to Amend (ECF No. 5), and an Omnibus Motion to Amend Complaint (ECF No. 6).  Plaintiff paid the full filing fee for a civil action. (ECF No. 4).

The Court denies the Motion to Defer Costs of Complaint and Administration Fees (ECF No. 1-2) as moot because Plaintiff paid the full filing fee for this civil action.

In the motions to amend, Plaintiff seeks to add more claims to her original complaint, correct the spelling of defendants' names, and to increase the amounts of the monetary relief sought. (ECF Nos. 5, 6).  The Court grants Plaintiff's motions to amend in part and gives Plaintiff leave to file one fully complete first amended complaint containing the claims she seeks to pursue in this lawsuit.  However, the Court will not piecemeal Plaintiff's complaint together. Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit.

If Plaintiff chooses to file a first amended complaint, she is advised that a first amended complaint supersedes (replaces) the original complaint and, thus, the first amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the

original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal).  Plaintiff's first amended complaint must contain all claims, defendants, and factual allegations that she wishes to pursue in this lawsuit.  Moreover, Plaintiff must file the first amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

**II.    CONCLUSION**

It is therefore Ordered that the Motion to Defer Costs of Complaint and Administration Fees (ECF No. 1-2) is denied as moot.

It is further Ordered that the motions to amend (ECF Nos. 5, 6) are granted in part.

It is further Ordered that, if Plaintiff chooses to file a first amended complaint, Plaintiff will file the first amended complaint within 30 days from the date of entry of this order.

It is further Ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and copies of her Complaint and motions to amend (ECF Nos. 1-1, 5, 6).  If Plaintiff chooses to file a first amended complaint, she must use the approved form, and she will mark the box "First Amended Complaint" in the caption.

It is further Ordered that, if Plaintiff does not timely file a first amended complaint, the Court will screen the original complaint (ECF No. 1-1) only.

DATED: December 22, 2025.

_____
Gloria M. Navarro, Judge
United States District Court

- 2 -