UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHIRRON GAYLES-ZANDERS,

Plaintiff,

v.

W. RUEBART, et al.,

Defendants.

Case No. 2:25-cv-00830-GMN-EJY

**ORDER**

The Court is in receipt of the Notice of Acceptance of Service filed on behalf of the individual Defendants, with the exception of Romero. ECF No. 24. Defendants explain there is no associate warden with the last name Romero associated with the facility in which Plaintiff is housed. There are a number of individuals named Romero who work or have worked for Nevada Department of Corrections, but there is insufficient information to determine which Romero Plaintiff may refer to.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** no later than **June 29, 2026** file a status report with the Court providing additional identifying information for Defendant Romero. Such information might include a first name, first initial, job description, badge number, or any other identifying information. In the absence of additional information allowing the identification of Defendant Romero, this defendant cannot be located and will not be served. This will lead to dismissal of Defendant Romero from this lawsuit based on a lack of service of the Complaint.

Dated this 8th day of June, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1