UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Shirron Gayles-Zanders,

Plaintiff,

v.

W. Ruebart, et al.,

Defendants.

Case No. 2:25-cv-00830-GMN-EJY

**ORDER**

On June 5, 2026, the Nevada Attorney General filed a notice accepting service for all Defendants with the exception of a defendant identified solely as Romeo. ECF No. 24. Subsequently, Plaintiff provided information that allowed the Nevada AG to identify Romeo and file a last known address for this individual under seal. ECF No. 35.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for Jasmine Romero and deliver the same to the U.S. Marshal's Office for service together with one copy of (1) this Order, (2) Plaintiff's Second Amended Complaint (ECF No. 10), (3) the Court's Screening Order (ECF No. 11), and (4) the address Ms. Romeo filed under seal (ECF No. 35).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 forms together with a copy of this Order. Plaintiff **must** complete the USM-285 form for Ms. Romeo to the best of his to do so and return the same to the U.S. Marshal by mail no later than **July 23, 2026**. The completed USM-285 forms must be mailed to:

Gary G. Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt to effect service of this Order, Plaintiff's Second Amended Complaint (ECF No. 10), the Court's Screening Order (ECF No. 11), and the Summons on Ms. Romeo no later than **twenty-one (21) days** after receipt of the completed USM-285 forms.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Jasmine Romero may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 23rd day of June, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 2 -